IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| P BROWN BEY, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-143-ECM |
| | ) |
| USAA FEDERAL SAVING BANK, *et al.*, | ) |
| | ) |
|   Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On November 1, 2024, the Magistrate Judge entered a Recommendation (doc. 23) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 23) is ADOPTED;

2. The Defendants' motion to dismiss (doc. 17) is GRANTED;

3. The Plaintiff's motion for summary judgment (doc. 20) is DENIED;

4. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 9th day of January, 2025.

                /s/ Emily C. Marks
                EMILY C. MARKS
                CHIEF UNITED STATES DISTRICT JUDGE